

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00683-CV

**IN THE INTEREST OF J.T.R.W.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01446
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's memorandum opinion of this date, the judgment terminating the parental rights of A.W. is AFFIRMED. No costs of appeal are taxed against A.W. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED March 26, 2025.

_____
Adrian A. Spears II, Justice